**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ROBERT ESKRIDGE, #08449-062** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:12cv47** |
| **KEITH ROY, ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Robert Eskridge, an inmate confined at F.C.I. Texarkana, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered lawsuit pursuant to 28 U.S.C. § 1331 and in the nature of a civil rights action pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation finding that the lawsuit should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #9) is **ADOPTED**. It is further

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is further

1

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 25th day of July, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE